HONORABLE JOHN C. COUGHENOUR
Hearing Date: 09/04/2026

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG WAGONER and CONNIE WAGONER, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 2:25-cv-2634-JCC<br><br>*[~~PROPOSED~~]* ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS AND TO MODIFY SCHEDULING ORDER |

This matter came before the Court on Plaintiff's Motion for Extension of Time to Amend Pleadings and to Modify Scheduling Order (Dkt. No. 11). The Court has reviewed the following:

~~1.~~ Plaintiff's Motion for Extension of Time to Amend Pleadings and to Modify Scheduling Order with subjoined Declaration of Amme Verbarendse In Support Thereof; ~~AND~~

2. ______________________________________________.

IT IS SO ORDERED:

1. Plaintiff's Motion for Extension of Time to Amend Pleadings and to Modify Scheduling Order is GRANTED.

2. The Scheduling Order will be modified to reflect and extended deadline to amend pleadings from 08/28/26 to 11/30/26;

3. Defendant's Response to such amended pleadings will be due by December 30, 2026;

4. The parties will file an updated joint status report by January 15, 2027 with proposed trial deadlines and anticipated trial readiness;

~~5. AND~~ ______________________________________________

______________________________________________.

DATED this 14th day of September, 2026.

______________________________
HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

ANDERSON HUNTER LAW FIRM, P.S.

/S/ Amme Verbarendse_______________
John A. Follis, WSBA #18513
Amme Verbarendse, WSBA #52845
2707 Colby Ave., Suite 1001
Everett, WA 98201
Phone: 425-252-5161; Fax: 425-258-3345
jfollis@andersonhunterlaw.com
averbarendse@andersonhunterlaw.com
Attorneys for Plaintiffs Wagoner