HONORABLE JOHN C. COUGHENOUR
~~Hearing Date: 11/16/2026~~

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG WAGONER and CONNIE WAGONER, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 2:25-cv-02634-JCC<br><br>*[~~PROPOSED~~]* ORDER ON STIPULATED MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, TO MODIFY THE SCHEDULING ORDER |

This matter comes before the Court on the parties' Stipulated Motion for Clarification or, in the Alternative, to Modify the Scheduling Order (**dkt no 13**). Having considered the stipulated motion and the record, the Court finds good cause for the requested relief.

IT IS HEREBY ORDERED:

1. The parties' Stipulated Motion for Clarification or, in the Alternative, to Modify the Scheduling Order is GRANTED.

2. The Court's September 14, 2026 Order is clarified to provide that all remaining deadlines established by the May 29, 2026 Civil Trial Scheduling Order are stayed pending further order of the Court.

3. To the extent necessary, the May 29, 2026 Civil Trial Scheduling Order is modified, and the following deadlines and settings are VACATED:

The November 9, 2026 discovery cutoff;
The November 23, 2026 mediation deadline;
The December 8, 2026 dispositive-motion deadline;
The February 26, 2027 motions-in-limine deadline;
The February 26, 2027 pretrial-order deadline;
The March 4, 2027 trial-brief deadline; and
The March 8, 2027 trial date.

4. The provisions of the September 14, 2026 Order establishing November 30, 2026, as the deadline to amend the pleadings and December 30, 2026, as the deadline for Defendant to respond to an amended pleading remain in effect.

5. The parties shall file an updated joint status report by January 15, 2027. The updated joint status report shall propose revised case deadlines, including deadlines for completion of discovery, mediation, dispositive motions, pretrial submissions, and trial, and shall address the parties' anticipated trial readiness.

6. The Court will establish a revised case schedule after considering the parties' updated joint status report. No deadline vacated by this Order will be reinstated except by further order of the Court.

DATED this 9th day of November, 2026.

HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

Presented by:

ANDERSON HUNTER LAW FIRM, P.S.

/S/ Amme Verbarendse
John A. Follis, WSBA #18513
Amme Verbarendse, WSBA #52845
2707 Colby Ave., Suite 1001
Everett, WA 98201
Phone: 425-252-5161; Fax: 425-258-3345
jfollis@andersonhunterlaw.com
averbarendse@andersonhunterlaw.com
Attorneys for Plaintiffs Wagoner

Stipulated and Agreed to:

UNITED STATES ATTORNEY'S OFFICE

By: /S/ Matt Waldrop
MATT WALDROP, GA Bar #349571
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: james.waldrop@usdoj.gov